UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 24-3147 DOC (MRW) | Date | June 25, 2024 |
|---|---|---|---|
| Title | Gonzalez v. Pfeiffer | | |

| Present: The Honorable | Michael R. Wilner | |
|---|---|---|
| Eddie Ramirez | | n/a |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Petitioner: | | Attorneys Present for Respondent: |
| None present | | None present |

**Proceedings:**     ORDER TO SHOW CAUSE

    1.    After screening Petitioner's habeas corpus petition, the Court (Magistrate Judge Wilner) ordered Petitioner to submit a supplemental statement addressing several obvious defects with the habeas action and Petitioner's defective request for a <u>Rhines</u> stay. (Docket # 5.) Petitioner failed to file a timely response.

    2.    Petitioner is ordered to show cause why the action should not be dismissed for failure to state a claim and for failing to comply with a court order. Petitioner's response to the OSC <u>and</u> the substantive supplemental statement are due by or before July 23, 2024.

    **Failure to file a timely submission as directed above will result in a recommendation that this action be dismissed for failure to prosecute and obey Court orders pursuant to Federal Rule of Civil Procedure 41(b). <u>Applied Underwriters, Inc. v. Lichtenegger</u>, 913 F.3d 884 (9th Cir. 2019).**